UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIREZA RASTIN, | CASE NO. 2:25-cv-01587-TL |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| UNITED STATES DEPARTMENT OF STATE et al., | |
| Defendants. | |

On August 20, 2025, Plaintiff filed a civil complaint (Dkt. No. 1), and the Court issued summonses (Dkt. No. 2). On December 19, 2025, the Honorable Theresa L. Fricke, United States Magistrate Judge, directed Plaintiff to, "by no later than January 8, 202[6], file proof of service – or show good cause for plaintiff's failure to effect service against the named defendants." Dkt. No. 4 at 1. The Court advised that if Plaintiff failed to do either, "the Court w[ould] transfer this case to a District Judge and all claims may be subject to dismissal without prejudice pursuant to Fed. R. Civ. P. 4(m). *Id.* at 1–2.

ORDER OF DISMISSAL – 1

Federal Rule of Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Court gave Plaintiff notice that this action would be dismissed if Plaintiff failed to effectuate service by January 8, 2026. Dkt. No. 4 at 1. As of the date of this Order, Plaintiff has not served Defendants. Therefore, under Rule 4(m), the Court has discretion to dismiss this case without prejudice. *See In re Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001).

Accordingly, this case is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close the case.

Dated this 26th day of May 2026.

Tana Lin
United States District Judge

ORDER OF DISMISSAL – 2